UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-342(1) (ADM/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL ANTHONY ORTIZ, )<br>)<br>Defendant. ) | ORDER |

This matter comes before the Court on the government's motion to stay the Order of Release of defendant Michael Anthony Ortiz entered on December 14, 2022, by the Honorable Virginia K. Demarchi, United States Magistrate Judge, Northern District of California. Case No. 22-mj-71575-MAG-1 (VKD). Magistrate Judge Demarchi stayed the Order of Release on Conditions ("Release Order") until December 16, 2022, at 2:52 p.m., to allow the government an opportunity to appeal the release.

This Court has jurisdiction to review the Release Order because it has "original jurisdiction over the offense[s]" for which the defendant is charged. *See* 18 U.S.C. § 3145(a)(1); *United States v. Vega*, 438 F.3d 801, 803 (7th Cir. 2006); *United States v. Harrison*, 396 F.3d 1280, 1281 (2nd Cir. 2005); *United States v. Cisneros*, 328 F.3d 610, 615-16 (10th Cir. 2003); *United States v. Torres*, 86 F.3d 1029, 1031 (11th Cir. 1996); *United States v. Evans*, 62 F.3d 1233, 1239 (9th Cir. 1995); *but see United States v. Johnson*, 103 F.3d 131 (6th Cir. 1996) (unpublished).

The Court has reviewed the government's motion to revoke the Release Order (Doc. 44) and its accompanying motion to stay the Release Order (Doc. 45). Because

release of the defendant on December 16, 2022, at 2:52 p.m., would effectively render moot the government's motion to revoke the Release Order, IT IS HEREBY ORDERED THAT:

1. The Release Order is hereby stayed until further order of the Court;

2. The Court shall promptly conduct a *de novo* detention hearing in the District of Minnesota to consider the government's motion to revoke the Release Order after the defendant's first appearance in the District of Minnesota.

3. The Court directs the United States Marshals Service to promptly transport the defendant to the District of Minnesota pursuant to its standard operating procedures after a removal order is entered in the Northern District of California.

4. The defendant is ordered detained until further order of the Court.

Dated: December 16, 2022

                                               s/Ann D. Montgomery
                                               Ann D. Montgomery
                                               United States District Judge
                                               District of Minnesota