| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | ANDREW LIAO (CABN 271219)<br>Assistant United States Attorney |

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5063
FAX: (408) 535-5081
andrew.liao@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL ANTHONY ORTIZ,<br><br>  Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 5:22-MJ-71575-MAG<br><br>Charging District Case No. 22-cr-342-ADM-DTS (D. Minn.)<br><br>UNOPPOSED MOTION FOR AND [~~PROPOSED~~] REMOVAL ORDER |

**COMMITMENT TO ANOTHER DISTRICT**

Defendant Michael Anthony Ortiz has been directed to appear in the District of Minnesota, where he is currently facing criminal charges. *See* Case No. 22-cr-342-ADM-DTS, Dkt. 46. The United States understands that Mr. Ortiz does not require an interpreter, and will be requesting court-appointed counsel.

Further, the United States has been informed by defense counsel that Mr. Ortiz will be waiving an identity hearing in this district and seeks immediate removal. Pursuant to the request of duty Magistrate Judge DeMarchi, the United States submits the following proposed removal order. The undersigned counsel has sent this motion and proposed order to defense counsel for review, and defense counsel had no objections. Accordingly, the United States respectfully requests that the Court enter the

proposed order.

                                          STEPHANIE M. HINDS
                                          UNITED STATES ATTORNEY

Date: December 16, 2022                     /s/
                                          ANDREW LIAO
                                          Assistant United States Attorney

## [~~PROPOSED~~] ORDER

**IT IS ORDERED**: The United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The Marshal or officer of the charging district should immediately notify the United States Attorney and the Clerk of the Clerk for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The Clerk of this district must promptly transmit the papers and any bail to the charging district. In addition, the removal hearing previously set for Wednesday, December 21, 2022, is hereby vacated.

DATED: December 16, 2022

                                          *Virginia K. DeMarchi*
                                          Hon. Virginia K. DeMarchi
                                          United States Magistrate Judge